HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SWINERTON BUILDERS, a California corporation,

      Plaintiff,

  v.

LEXINGTON INSURANCE COMPANY, a Delaware corporation,

      Defendant.

Case No. 2:21-cv-259-RAJ-TLF

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's supplemental briefing regarding privilege issues (Dkt. 57) and plaintiff's motion to apply Washington law to attorney-client privilege issues in this action (Dkt. 92)) is DENIED.

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 20th day of September, 2022.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1