The Honorable Richard A. Jones
The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SWINERTON BUILDERS, a California corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation,<br><br>                    Defendant. | NO. 2:21-cv-00259-RAJ-TLF<br><br>**ORDER AMENDING PRETRIAL SCHEDULE** |

Pursuant to the parties' joint request for extension of time, the Court amends the Pretrial Schedule as follows:

| Event | Date |
|---|---|
| Disclosure of expert witnesses | August 18, 2023 |
| Disclosure of rebuttal expert witnesses | September 19, 2023 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | Noting Date:<br><br>November 17, 2023 |
| Discovery (including meet-and-confer meetings) completed by | November 30, 2023 |

ORDER AMENDING PRETRIAL
SCHEDULE - 1
No. 2:21-cv-00259

| | |
|---|---|
| Last date to file and serve Phase 1 dispositive motions:<br>Motions on the issue of coverage under Lexington policy | January 12, 2024 |
| Last date to file and serve Phase 2 dispositive motions:<br>Motions on the issue of plaintiff's extra-contractual claims | February 23, 2024 |

Dated this __14__ day of November, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER AMENDING PRETRIAL
SCHEDULE - 2
No. 2:21-cv-00259